I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ /Pet
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 12-21-10

J Steele

DEPUTY CLERK



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MAURY MONTGOMERY, ) Case No. CV 10-9627-GW (MLG)
)
    Petitioner, ) MEMORANDUM AND ORDER DISMISSING
) PETITION FOR WRIT OF HABEAS
v. ) CORPUS WITH LEAVE TO AMEND
)
COURT OF APPEAL SECOND )
DISTRICT, )
)
    Respondent. )

Petitioner, a California state prisoner, filed this petition for writ of habeas corpus in the United States District Court for the Southern District of California on November 29, 2010. It was transferred to this Court on December 8, 2010. The petition suffers from the following deficiencies:

- There is little information regarding the state appellate history of petitioner's case and no indication that Petitioner has presented his claims to the California Supreme Court. Plaintiff must state the grounds raised in the state courts in each of his appeals and post-conviction petitions and provide the date of each state court decision.

- Petitioner has failed to articulate any legal claims for relief or the factual basis for those claims. The petition is essentially unintelligible.
- The California Court of Appeal is an improper Respondent. Petitioner must name the individual having custody of him as the Respondent.

Based on the above-noted deficiencies, the petition is DISMISSED with leave to amend. Petitioner may file a "First Amended Petition" not later than 21 days from the date of this order. To that end, the Clerk is instructed to send to petitioner with this order a copy of the latest version of form Civ 69 - Petition for Writ of Habeas Corpus by a Person in State Custody, pen-changed to reflect "First Amended" Petition. **Petitioner is further advised that if he fails to file a First Amended Petition in accordance with the requirements of this order and 28 U.S.C. § 2254, the action will be subject to dismissal without further notice.**

Dated: December 20, 2010

Marc L. Goldman
United States Magistrate Judge