FILED
CLERK, U.S. DISTRICT COURT
AUG 16 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MAURY MONTGOMERY,

    Petitioner,

v.

COURT OF APPEAL SECOND APPELLATE DISTRICT,

    Respondent.

Case No.  CV 10-9627-GW (MLG)

ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed all of the records and files herein, including the Report and Recommendations of the United States Magistrate Judge, and has conducted a *de novo* review of those portions of the Report and Recommendation to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendations[1/] and orders that judgment be entered dismissing the petition without prejudice.

Dated: *August 16, 2011*

George H. Wu
United States District Judge

---

1/ It is noted, but does not materially affect the Report and Recommendation, that the word "Eastern" on page one, line 20 should be "Southern."