JS-6/ENTER

FILED
CLERK, U.S. DISTRICT COURT

AUG 16 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MAURY MONTGOMERY,            )   Case No.   CV 10-9627-GW (MLG)
                             )
        Petitioner,          )
                             )   JUDGMENT
v.                           )
                             )
COURT OF APPEAL SECOND       )
APPELLATE DISTRICT,          )
                             )
        Respondent.          )
_____)

   IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: August 16, 2011

                                    /s/ George H. Wu
                                    George H. Wu
                                    United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 18 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY